UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **DEBORAH A. WALKER** | : | **DOCKET NO. 2:21-cv-04023** |
| **VERSUS** | : | **JUDGE TERRY A. DOUGHTY** |
| **SHERIFFS DEPT BEAUREGARD PARISH** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. No. 6] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this matter is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute, in accordance with the provisions of Local Rule 41.3W.

**MONROE, LOUISIANA** this 2nd day of March 2022.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**